UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE PRICE,

              Plaintiff,

      v.

RIZO FUENTES, et al.,

              Defendants.

Case No. 26-cv-00334 BLF

**ORDER VACATING JUDGMENT AND REOPENING CASE**

Plaintiff, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 challenging conditions of confinement.  Dkt. No. 1.  This matter was dismissed and judgment entered on March 6, 2026, after Plaintiff failed to file a motion for leave to proceed *In Forma Pauperis* ("IFP") on the proper form in the time provided.  Dkt. Nos. 9, 10.

On March 19, 2026, Plaintiff filed the proper IFP form and supporting documents, stating that he sent his initial response to the wrong address.  Dkt. No. 11.  Good cause appearing, the Court will construe the filing as a motion for reconsideration and reopen this action.

For the reasons stated above, the Judgment entered on March 6, 2026, Dkt. No. 10,

is **VACATED**.  The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____
BETH LABSON FREEMAN
United States District Judge

Order Reopening Action
P:\PRO-SE\BLF\CR.26\00334Price_reopen

United States District Court
Northern District of California

2