UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE PRICE,

Plaintiff,

v.

RIZO FUENTES, et al.,

Defendants.

Case No. 26-cv-00334 BLF (PR)

**ORDER OF TRANSER**

Plaintiff, who was formerly housed at Kern Valley State Prison ("KVSP") in Delano, California, filed a *pro se* civil rights complaint against staff at KVSP.  Dkt. No. 1. Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** April 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.26\000334Price_transfer(ED)

United States District Court
Northern District of California