UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br><br>              Plaintiff,<br><br>      v.<br><br>RIZO FUENTES, et al.,<br><br>              Defendants. | No.  1:26-cv-04257-SAB (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF TO COMPLETE AND SUBMIT THE PROPER APPLICATION TO PROCEED IN FORMA PAUPERIS BY A *PRISONER* OR PAY THE $405.00 FILING FEE<br><br>(ECF No. 20) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On June 5, 2026, the Court directed Plaintiff to complete and submit the proper application to proceed in forma pauperis by a prisoner or pay the $405.00 filing fee within forty-five days.  (ECF No. 18.)

On June 18, 2026, Plaintiff submitted an application to proceed in forma pauperis; however, Plaintiff did not complete and submit the proper form to proceed in forma pauperis by a prisoner-which was sent with the Court's June 5, 2026 order.  Because Plaintiff is incarcerated he must complete and submit the attached application to proceed in forma pauperis by a prisoner. Such application specifically advises and requires Plaintiff's signature authorizing "the agency having custody of [Plaintiff] to collect from [his] trust account and forward to the Clerk of the Untied States District Court payments in accordance with 28 U.S.C. § 1915(b)(2)."  (ECF No. 20,

1

Attach. 1.)

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30)** days of the date of service of this order, Plaintiff shall submit the *attached* application to proceed in forma pauperis by a *prisoner*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2