UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

Plaintiff,

v.

RIZO FUENTES, et al.,

Defendants.

No. 1:26-cv-04257-SAB (PC)

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 21)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On June 5, 2026, the Court directed Plaintiff to complete and submit the proper application to proceed in forma pauperis by a prisoner or pay the $405.00 filing fee within forty-five days. (ECF No. 18.)

On June 18, 2026, Plaintiff submitted an application to proceed in forma pauperis; however, Plaintiff did not complete and submit the proper form to proceed in forma pauperis by a prisoner-which was sent with the Court's June 5, 2026 order. Therefore, on June 22, 2026, the Court issued a second order directing Plaintiff to submit the proper prisoner application to proceed in forma pauperis. (ECF No. 21.) Plaintiff has failed to comply with the Court's order and the time to do so has expired. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action

should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **July 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge