# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

Plaintiff,

v.

RIZO FUENTES, et al.,

Defendants.

Case No. 1:26-cv-04257-JLT-SAB (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

(ECF No. 26)

Before the Court is Plaintiff's request for an extension of time to respond to the Court's findings and recommendations issued on September 8, 2026. (ECF No. 26.) For good cause shown, the Court grants the request and ORDERS that Plaintiff shall have **thirty (30) days** from the date of service of this order to file objections to the Court's findings and recommendations regarding dismissal of this action.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge